IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2325*

Civil Action No. 2:14-cv-2845

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Mary Anne Fox

2. Plaintiff Spouse

   Devon Glover

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

4. State of Residence

   Idaho

5. District Court and Division in which venue would be proper absent direct filing United States District Court for the District of Idaho

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A. American Medical Systems, Inc. ("AMS")

☐ B. Ethicon, Inc.

☐ C. Ethicon, LLC

☐ D. Johnson & Johnson

☐ E. Boston Scientific Corporation

☐ F. C. R. Bard, Inc. ("Bard")

☐ G. Sofradim Production SAS ("Sofradim")

☐ H. Tissue Science Laboratories Limited ("TSL")

☐ I. Mentor Worldwide LLC

☐ J. Coloplast Corp.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-13

B. Other allegations of jurisdiction and venue

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. Apogee;
- ☐ B. Perigee;
- ☐ C. MiniArc Sling;
- ☑ D. Monarc Subfascial Hammock;
- ☐ E. SPARC;
- ☐ F. In-Fast;
- ☐ G. BioArc;
- ☐ H. Elevate;
- ☐ I. Straight-In;
- ☐ J. Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. Apogee;
- ☐ B. Perigee;
- ☐ C. MiniArc Sling;
- ☑ D. Monarc Subfascial Hammock;
- ☐ E. SPARC;
- ☐ F. In-Fast;
- ☐ G. BioArc;
- ☐ H. Elevate;
- ☐ I. Straight-In;

☐     J. Other;

10. Date of Implantation as to Each Product

    December 23, 2005

11. Hospital(s) where Plaintiff was implanted (including City and State)

    Mountain View Hospital

    Idaho Falls, Idaho

12. Implanting Surgeon(s)

    Ty B. Erickson, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

    ☑     Count I - Negligence

    ☑     Count II – Strict Liability – Design Defect

    ☑     Count III – Strict Liability – Manufacturing Defect

    ☑     Count IV – Strict Liability – Failure to Warn

    ☑     Count V - Strict Liability – Defective Product

    ☑     Count VI - Breach of Express Warranty

    ☑     Count VII – Breach of Implied Warranty

    ☑     Count VIII – Fraudulent Concealment

    ☑     Count IX – Constructive Fraud

    ☑     Count X - Discovery Rule, Tolling and Fraudulent Concealment

    ☑     Count XI – Negligent Misrepresentation

☑ Count XII – Negligent Infliction of Emotional Distress

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV -   Unjust Enrichment

☑ Count XVI - (By the Spouse) – Loss of Consortium

☑ Count XVII – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____(please state the facts supporting this Count in the space, immediately below)

As to Count XIII, Plaintiff relies on Idaho Code §§ 48-603(17), 48-603(18), 48-603C.

Address and bar information:

J. Scott Bertram, MO #23715
Benjamin A. Bertram, MO #56945
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
(816) 523-2205
FAX (816) 523-8258

/s/ J. Scott Bertram
Attorneys for Plaintiff

J. Scott Bertram

jsbertram@bertramgraf.com

Benjamin A. Bertram

benbertram@bertramgraf.com

5